# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** | 05-61397 ERW |
| **Case Name:** | FIELDS, TIMOTHY W |
| **Taxpayer ID #:** | 13-7561345 |
| **Period Ending:** | 03/25/08 |

| | |
|---|---|
| **Trustee:** | DAVID P. LEIBOWITZ (330570) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****26-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/29/07 | | James P. Greene And Associates Inc. | Settlement of Allstate claim | | | 24,150.00 | | 24,150.00 |
| | {6} | Allstate Insurance | full amount of settlement received before dist | 126,000.00 | 1149-000 | | | 24,150.00 |
| | | GMAC Mortgage | Payment to GMAC Mort payoff of 712 E. 144th St | -70,652.10 | 4110-000 | | | 24,150.00 |
| | | Service Construction Co. | Service Construction Company to board up house | -2,500.00 | 2420-000 | | | 24,150.00 |
| | | James P. Greene & Assoc. | Filing fees and Sheriff for service of summons | -302.00 | 2700-000 | | | 24,150.00 |
| | | James P. Greene & Assoc | Attorney for Trustee fees | -12,000.00 | 3110-000 | | | 24,150.00 |
| | | LaChaune Fields plaintiff | Lachaune Fields-payment to plantiffs | -16,395.90 | 1249-000 | | | 24,150.00 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 12.46 | | 24,162.46 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 13.33 | | 24,175.79 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 12.47 | | 24,188.26 |
| 07/16/07 | | JP Morgan Chase | Balancing Adjustment -- TEFRA - W9 submitted | | 1290-000 | 3.73 | | 24,191.99 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 13.77 | | 24,205.76 |
| 08/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | | 1270-000 | 6.46 | | 24,212.22 |
| 08/16/07 | | To Account #********2666 | transfer in preparation of final report | | 9999-000 | | 24,208.49 | 3.73 |
| 03/25/08 | | Reversal from 7/16/07 | Reversal | | 9999-000 | -3.73 | | 0.00 |

| | | |
|---|---|---|
| **Subtotals :** | $24,208.49 | $24,208.49 |

{} Asset reference(s)

**EXHIBIT**
**C**

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-61397 ERW |
| **Case Name:** | FIELDS, TIMOTHY W |

| | |
|---|---|
| **Taxpayer ID #:** | 13-7561345 |
| **Period Ending:** | 03/25/08 |

| | |
|---|---|
| **Trustee:** | DAVID P. LEIBOWITZ (330570) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****26-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 24,208.49 | 24,208.49 | $0.00 |
| | | | Less: Bank Transfers | | -3.73 | 24,208.49 | |
| | | | Subtotal | | 24,212.22 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $24,212.22 | $0.00 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05-61397 ERW |
|---|---|
| Case Name: | FIELDS, TIMOTHY W |
| Taxpayer ID #: | 13-7561345 |
| Period Ending: | 03/25/08 |

| | |
|---|---|
| Trustee: | DAVID P. LEIBOWITZ (330570) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****26-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/16/07 | | From Account #********2665 | transfer in preparation of final report | 9999-000 | 24,208.49 | | 24,208.49 |
| 03/24/08 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2008 FOR CASE #05-61397<br>Voided on 03/24/08 | 2300-003 | | 28.00 | 24,180.49 |
| 03/24/08 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2008 FOR CASE #05-61397<br>Voided: check issued on 03/24/08 | 2300-003 | | -28.00 | 24,208.49 |

| | | Receipts | Disbursements | Checking Account Balance |
|---|---|---|---|---|
| | ACCOUNT TOTALS | 24,208.49 | 0.00 | $24,208.49 |
| | Less: Bank Transfers | 24,208.49 | 0.00 | |
| | Subtotal | 0.00 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $0.00 | $0.00 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 05-61397 ERW
**Case Name:** FIELDS, TIMOTHY W

**Taxpayer ID #:** 13-7561345
**Period Ending:** 03/25/08

**Trustee:** DAVID P. LEIBOWITZ (330570)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****26-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****26-65 | 24,212.22 | 0.00 | 0.00 |
| Checking # ***-*****26-66 | 0.00 | 0.00 | 24,208.49 |
| | $24,212.22 | $0.00 | $24,208.49 |

{} Asset reference(s)

Printed: 03/25/2008 10:29 AM    V.10.03