**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| FIELDS, TIMOTHY W | ) | |
| | ) | CASE NO. 05 B 61397 |
| | ) | |
| | ) | JUDGE EUGENE R. WEDOFF |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

>   At:  U.S. BANKRUPTCY COURT
>        219 SOUTH DEARBORN, COURTROOM 744
>        CHICAGO, ILLINOIS 60604
>
>   on:  **May 13, 2008**
>   at:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $    109,662.59

    b. Disbursements                         $     85,454.10

    c. Net Cash Available for Distribution   $     24,208.49

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 8,733.13 | $ |
| Trustee | $ 0.00 | $ | $ 81.56 |
| Trustee's Firm Legal | $ 0.00 | $ 1,932.50 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 302.00 |
| Trustee's Firm Legal | $ 0.00 | $ | $ 49.73 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $20,051.57, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $65.38%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | RMI/MCSI | $ 625.00 | $ 408.62 |
| 2 | Cross Country Bank | $ 2,354.54 | $ 1,539.38 |
| 3 | eCAST Settlement Corporation assignee of Household Finance Corporation | $ 17,072.03 | $ 11,161.57 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **April 4, 2008**          For the Court,

                                  By: **KENNETH S. GARDNER**
                                      Kenneth S. Gardner
                                      Clerk of the United States Bankruptcy Court
                                      219 S. Dearborn Street, 7th Floor
                                      Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

.397   Doc 51   Filed 04/04/08   Entered 04/06/08 23:38:07   Desc Imaged
              Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                Page 1 of 1           Date Rcvd: Apr 04, 2008
Case: 05-61397                Form ID: pdf002            Total Served: 22

The following entities were served by first class mail on Apr 06, 2008.
db           +Timothy W Fields,    325 W 108th Pl,    Chicago, IL 60628-3344
aty          +David T Lin,    Robert J. Semrad And Associates,    407 S Dearborn St,    6th Floor,
               Chicago, IL 60605-1136
aty          +Marcie C Venturini,    Robert J. Semrad & Associates,    407 S Dearborn Street,    Suite 400,
               Chicago, IL 60605-1163
aty          +Marthe C Purmal,    James P Green & Associates,    75 E Wacker Drive,    Suite 730,
               Chicago, IL 60601-3729
aty          +Robert J Semrad,    Robert J Semrad & Associates L LC,    407 S Dearborn St Ste 600,
               Chicago, IL 60605-1115
aty          +Sharanya Gururajan,    Leibowitz Law Center,    420 West Clayton Street,    Waukegan, IL 60085-4216
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
10621847     +Ameritech,    c/o CBCS National Coll,    P O Box 69,    Columbus, OH 43216-0069
10621848     +Ameritech,    Law Department Ste 27A,    225 W Randolph St,    Chicago, IL 60606-1838
10621849      Beneficial Finance,    P O Box 17574,    Baltimore, MD 21297-1574
10621850     +CCS,   P O Box 709,    Needham Heights, MA 02494-0005
10376498     +Capital One Auto Finance Dept,    c/o Ascension Capital Group,    PO Box 201347,
               Arlington, TX 76006-1347
10621851     +Cross Country Bank,    Applied Card Bank,    P O BOX 17125,    Wilmington DE 19850-7125
10621852     +GMAC Mortgage,    3451 Hammond Ave,    P O Box 4622,    Waterloo, IA 50704-4622
10621853     +Mutual HSP Services,    2525 North Shadeland,    Indianapolis, IN 46219-8700
10621855      RMI/MCSI,    16241 West Street,    Lansing, IL 60438
10621856     +THD/CBUSA,    P O Box 9007,    Pleasanton, CA 94566-9007
10621857     +Tramarack Resort,    874 Xanadu Rd,    Wisconsin Dells, WI 53965-8266
10621858     +Warner Smith Harris PLC,    P O Box 75,    Dolton, IL 60419-0075
10621859     +Westmoreland,    P O Box 85522,    Richmond, VA 23285-5522
10754130      eCAST Settlement Corporation assignee of,    Household Finance Corporation/Beneficial,   POB 35480,
               Newark NJ 07193-5480

The following entities were served by electronic transmission on Apr 05, 2008.
10621854     +E-mail/Text: bankrup@nicor.com                                 Nicor Gas,    P O Box 549,
               Aurora, IL 60507-0549
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 06, 2008**                           **Signature:** *Joseph Speetjens*